**Linda Ann TYLER, Plaintiff–
Appellant,**

v.

**Gloria Jean RACKLEY; Earl Richard Bazzle, Warden at Leath Correctional Institution; Charles Kearney, Jr., Captain; Diane Hamrick, Lieutenant;**

Melissa Whitt; Bernice Wiggleton, Major; Barbara L. Partiledge, Officer; R. Irby, Mental Health Counselor; Diane Litwer, Grievance Coordinator; Rance Cobb, Principal; Betty Fleming, Sergeant; V.C. Hill, Lieutenant; Sandra Shumate, Operations at Leath Correctional Institution; T.J. Philson, Captain; Sherri Chandler, Administrative Assistant, Defendants–Appellees.

No. 01–6662.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Sept. 13, 2001.

Linda Ann Tyler, pro se. McDonald Patrick Tinsley, Steven Michael Pruit, McDonald, Patrick, Tinsley, Baggett & Poston, Greenwood, SC, for appellees.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Linda Ann Tyler appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Tyler v. Rackley*, No. CA–99–2845–4–24–BF (D.S.C. Mar. 30, 2001). We grant Tyler's motion to file a response to Appellees' brief and deny each of her remaining outstanding motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*